## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Cheryl L. Pollak            DATE:  4/20/18

DOCKET NUMBER:   18CR204(NGG)                   LOG #:  4:27 - 4:53

DEFENDANT'S NAME:   Allison Mack
   X  Present    __ Not Present    X  Custody    __ Bail

DEFENSE COUNSEL:   Sean Buckley
   __ Federal Defender    __ CJA    X  Retained

A.U.S.A:   Moira Penza + Tanya Hajjar   CLERK:  SM Yuen

INTERPRETER: _____ (Language)

- X  Defendant arraigned on the: X indictment __ superseding indictment __ probation violation
- X  Defendant pleads NOT GUILTY to ALL counts.
- __  DETENTION HEARING Held.  X  Defendant's first appearance.
  - __ Bond set at _____. Defendant __ released __ held pending satisfaction of bond conditions.
  - __ Defendant advised of bond conditions set by the Court and signed the bond.
  - __ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - __ (Additional) surety/ies to co-sign bond by _____
  - __ After hearing, Court orders detention in custody.  __ Leave to reopen granted
- ✓  Temporary Order of Detention Issued. Bail Hearing set for 4/23/18 @ 2:00 PM
- __ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ✓  Order of Excludable Delay/Speedy Trial entered. Start 4/20/18  Stop 5/3/18
- __ Medical memo issued.
- __ Defendant failed to appear, bench warrant issued.
- X  Status conference set for 5/3/18 @ 10:30am before Judge Garaufis

Other Rulings: Gov't request for detention pending trial for reasons stated on the record. Dfse counsel proposed release with sureties and property to be signed + posted at a future date. Court denied the dfse counsel's proposal.