# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Viktor V. Pohorelsky        DATE:   4/24/18

DOCKET NUMBER:   18CR204(NGG)                   LOG #:   2:38 - 2:58

DEFENDANT'S NAME:   Allison Mack
         ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL:   Sean Buckley
         ___ Federal Defender     ___ CJA     ✓ Retained

A.U.S.A:   Moira Penza                    CLERK:   Felix Chin

INTERPRETER:                              (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.     ___ Defendant's first appearance.
   ✓ Bond set at  $5 million . Defendant ✓ released ___ held pending satisfaction of bond conditions.
   ✓ Defendant advised of bond conditions set by the Court and signed the bond.
   ✓ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ✓ (Additional) surety/ies to co-sign bond by  5/4/18
   ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: