Allison Mack 18CR 204 (NGG)

## ATTACHMENT A

1. The defendant must remain in and may not leave the Central District of California, the Eastern District of New York and the Southern District of New York. See additional conditions in paragraph 5, below.

2. The defendant will not directly or indirectly associate or have contact, outside the presence of her counsel, with her co-defendants, alleged co-conspirators, or any individual currently or formerly employed by or associated with Nxivm or any affiliated or constituent entity.

3. See paragraph 5, below.

4. The defendant must surrender any and all passports to Pretrial Services ("PTS").

5. The defendant is subject to electronic monitoring and home detention. See Order Setting Conditions of Release.

6. The defendant is permitted to use only one cellular telephone that will be provided to and approved by PTS to make and receive calls to and from phone numbers agreed to by counsel for the defendant and the government. The defendant may not use a computer or access the Internet through any means, except she may use a single Internet-capable device, approved and monitored by PTS, as may be necessary to communicate with PTS, defense counsel, a treatment provider, or anyone else with prior approval from PTS and the government.