Allison Mack 18CR204 (NGG)

## ATTACHMENT B

The $5 million appearance bond shall be secured by:

1. Mortgages in favor of the United States of America on the following real property, with a combined estimated market value of approximately $1,730,000.

    i. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and

    ii. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. Lien on an individual retirement account owned by the defendant in the amount of $585,000.

The $5 million appearance bond shall be signed by the defendant and co-signed by the following individuals:

1. Melinda Mack

2. Jonathan Mack