UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

KEITH RANIERE, also known as
"The Vanguard," and ALLISON MACK,

    Defendants.

----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 1:18-cr-204 (NGG)

To:    The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that William F. McGovern of the law firm Kobre & Kim LLP, 800 Third Avenue, New York, New York, 10022, hereby enters his appearance on behalf of defendant Allison Mack in the above-captioned matter. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 3, 2018

By: /s/ William F. McGovern
William F. McGovern
KOBRE & KIM LLP
800 Third Avenue
New York, New York, 10022
Tel: (212) 488-1210
Mob: (917) 903-7668
E-mail: William.McGovern@kobrekim.com

*Counsel for Allison Mack*