UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

KEITH RANIERE, also known as
"The Vanguard," and ALLISON MACK,

    Defendants.

----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 1:18-cr-204 (NGG)

To:    The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Steven G. Kobre of the law firm Kobre & Kim LLP, 800 Third Avenue, New York, New York, 10022, hereby enters his appearance on behalf of defendant Allison Mack in the above-captioned matter. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 3, 2018

    By: /s/ Steven G. Kobre
       Steven G. Kobre
       KOBRE & KIM LLP
       800 Third Avenue
       New York, New York, 10022
       Tel: (212) 488-1202
       Mob: (917) 667-5198
       E-mail: Steven.Kobre@kobrekim.com

    *Counsel for Allison Mack*