**DOCKET NUMBER:** CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____     **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: MAY 4, 2018   TIME IN COURT __ HRS   60   MINS**
@ 10:00 AM.

**1. DEFENDANT:** KEITH RANIERE

Present X   Not Present       Custody  X        Not Custody

**DEFENSE COUNSEL:** MARC AGNIFILO / PAUL DEROHANNESIAN, II / TENY GERAGOS / JACOB KAPLAN
DANIELLE SMITH
    FEDERAL DEFENDER:        CJA:            RETAINED:   X

**2. DEFENDANT: ALLISON MACK**
Present X   Not Present       Custody    Not Custody   X

**DEFENSE COUNSEL:** SEAN BUCKLEY / STEVEN KOBRE / WLILIAM MCGOVERN
    FEDERAL DEFENDER:        CJA:     RETAINED: X

**3. DEFENDANT:**
**Present   Not Present    Custody      Not Custody**

**DEFENSE COUNSEL:**
    **FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.:** MOIRA KIM PENZA / TANYA HAJJAR

**COURT REPORTER:** MICHELE LUCCHESE
**INTERPRETER:       LANGUAGE:**

- ☐ Plea Hearing (~Util-Plea Entered)     ☐ Revocation of Probation contested
- ☐ Arraignment                            ☐ Sentencing on a violation
- ☐ Bail Modification Hearing              ☐ Motion Hearing
- ☐ Violation                              ☐ Hearing
- X Status Conference                      ☐ Sentencing
- ☐ Bail Violation Hearing                 ☐ Motion for sentence reduction
- ☐ Curcio Hearing                         ☐ Oral Argument
- ☐ Voir Dire Held       ☐ Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start 5/04/18    Speedy Trial Stop:6/12/2018   CODE TYPE:  XT**

**Do these minutes contain ruling(s) on motion(s)?     YES                              NO  X**

STATUS CONFERENCE HELD; THE DEFENDANT KEITH RANIERE IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE INDICTMENT. THERE WILL BE VOLUMINOUS DISCOVERY IN THIS CASE ACCORDING TO THE GOVERNMENT. ALSO, ACCORDING TO THE GOVERNMENT THERE MAY BE A SUPERSEDING INDICTMENT FILED SOON. THE NEXT STATUS CONFERENCE IN THIS MATTER IS SCHEDULED FOR TUESDAY, JUNE 12, 2018 AT 11:30 AM. TIME IS EXCLUDED UNDER SPEEDY TRIAL, ACT BETWEEN TODAY AND JUNE 12, 2018 FOR REVIEW OF DISCOVERY AND ANY PLEA NEGOTIATIONS ON CONSENT OF DEFENDANT MACK AND OVER THE OBJECTION OF DEFENDANT RANIERE. JURY SELECTION AND TRIAL IS SCHEDULED FOR MONDAY, OCTOBER 1, 2018.