

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 29, 2018

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Allison Mack, et al.
              Criminal Docket No. 18-204 (NGG)

Dear Judge Garaufis:

        The government respectfully requests that the Court order that the defendant Allison Mack, who is currently on electronic monitoring and home detention at her parents' home in California, remain on electronic monitoring when she travels between California and New York for attorney visits and court appearances.  The typical policy of Pretrial Services in the Central District of California is to allow supervisees to remove their bracelets when travelling by air.  Neither the government nor Pretrial Services in the Eastern District of New York consents to Ms. Mack traveling without electronic monitoring.  Ms. Mack's Pretrial Services Officer in California has spoken with the government and has requested that in light of our concerns that we seek an order from Your Honor specifically requiring her to travel with electronic monitoring.  Ms. Mack's counsel have no objection to this request.

In light of the foregoing, the government respectfully requests that the Court order that Ms. Mack is to remain on continuous electronic monitoring while on pretrial release, including when traveling by air.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Moira Kim Penza
Moira Kim Penza
Tanya Hajjar
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (NGG) (by ECF)
Defense Counsel (by ECF and email)