SEPTEMBER 13, 2018
BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE, ET AL.
MINUTES IN COURT: 90
COURT REPORTER: MICHELE LUCCHESE

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / JACOB KAPLAN |
| 2. CLARE BRONFMAN | SUSAN NECHELES / KATHLEEN CASSIDY |
| 3. ALLISON MACK | SEAN BUCKLEY / STEVEN KOBRE |
| | WILLIAM MCGOVERN |
| 4. KATHY RUSSELL | JUSTINE HARRIS |
| 5. LAUREN SALZMAN | HECTOR DIAZ / JAMES BURKE |
| 6. NANCY SALZMAN  Not present | DAVID STERN / ROBERT SOLOWAY |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / KARIN ORENSTEIN

STATUS CONFERENCE HELD; THE COURT DIRECTS THE PARTIES TO RESOLVE ANY DISCOVERY ISSUES WITH MAGISTRATE JUDGE SCANLON. THE PARTIES NEED TO SUBMIT A PROPOSED JUROR QUESTIONNAIRE TO THE COURT. DEFENDANTS' PRETRIAL MOTIONS BY NOVEMBER 1, 2018; GOVERNMENT RESPONSE BY NOVEMBER 21, 2018; DEFENSE REPLY BY NOVEMBER 30, 2018. THE NEXT STATUS CONFERENCE IS SCHEDULED FOR THURSDAY, OCTOBER 4, 2018 AT 2:00 PM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND OCTOBER 4, 2018 FOR PLEA NEGOTIATIONS ON CONSENT OF DEFENDANT NANCY SALZMAN ONLY. DEFENDANT RANIERE IN HIS BAIL APPLICATION SHALL FILE A SEALED SUBMISSION WITH RESPECT TO DISCLOSING SURETORS NAMES AND THEIR ROLES.