

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2018

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>United States v. Keith Raniere, et al.</u>
               <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Garaufis:

        The government respectfully submits this letter to request an extension to December 17, 2018—one business day—to respond to the pretrial motions filed by defendants Keith Raniere, Clare Bronfman, Allison Mack, Kathy Russell, Lauren Salzman and Nancy Salzman (the "Defense Pretrial Motions"). (<u>See</u> ECF Docket Nos. 192-200.) Counsel for defendants do not object to this request, provided that the deadline for any replies is extended to December 28, 2018.

        In addition, pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law in opposition to the Defense Pretrial Motions. The memoranda in support of the Defense

Pretrial Motions consist of over 115 pages of briefing.  The government requests permission to file a single brief, consisting of no more than 80 pages, in opposition to all of the defendants' motions.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney

By:   /s/_____
            Moira Kim Penza
            Tanya Hajjar
            Kevin Trowel
            Assistant U.S. Attorneys
            (718) 254-7000

cc:    Counsel of record (by ECF)
        Clerk of Court (NGG) (by ECF)