UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                         18-204 (NGG) (S-1)

KEITH RANIERE, ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Mark J. Lesko from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Mark J. Lesko
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6048
        Fax: (718) 254-6300
        Email: Mark.Lesko@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Mark J. Lesko at the email address set forth above.

Dated: Brooklyn, New York
January 28, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Mark J. Lesko
Mark J. Lesko
Assistant U.S. Attorney

cc:   Clerk of the Court (NGG)