# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200

NEW YORK
HONG KONG
LONDON
SEOUL
SHANGHAI
TEL AVIV
MIAMI
SAN FRANCISCO
WASHINGTON DC
BVI
CAYMAN ISLANDS

March 12, 2019

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *United States v. Allison Mack*
       **18 Cr. 204 (NGG) (VMS)**

Dear Judge Scanlon:

  We are writing to you today to respectfully request that the Court waive Ms. Mack's appearance for the Discovery Hearing currently scheduled for Thursday, March 14, 2019 at 3:30 p.m. We have spoken with Assistant United States Attorneys Moira Kim Penza, Tanya Hajjar, and Mark Lesko and the government does not oppose this request.

  As always, the undersigned are available to answer any questions the Court may have.

            Respectfully yours,

            /s/

            William F. McGovern
            Sean S. Buckley
            +1 212 488 1210 / 1253

cc:  All counsel of record (by ECF)