**KOBRE & KIM LLP**

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200

NEW YORK
HONG KONG
LONDON
SEOUL
SHANGHAI
TEL AVIV
MIAMI
SAN FRANCISCO
WASHINGTON DC
BVI
CAYMAN ISLANDS

March 29, 2019

**BY ECF**

Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**   *United States v. Allison Mack*,
              **S2 18 Cr. 204 (NGG)**

Dear Judge Garaufis:

      We write respectfully on behalf of Ms. Mack, and with the consent of the government, to request a thirty-day continuance of the trial date. The reason for the requested continuance is that Ms. Mack actively is engaged in negotiations with the government regarding a potential pretrial resolution of her case, and the additional time will allow the parties to conclude those negotiations without prejudicing their ability to prepare for trial.

      If the Court is inclined to grant the requested relief, Ms. Mack further requests that her pending motion to sever and for related relief be held in abeyance with respect to her case pending

Hon. Nicholas G. Garaufis, U.S.D.J.
March 29, 2019
Page 2

the conclusion of those negotiations.  The parties promptly will inform the Court if there are any changes.

    As always, the undersigned appreciate the Court's consideration and are available to answer any questions.

Respectfully yours,

/s/

William F. McGovern
Sean S. Buckley
+1 212 488 1210 / 1253

cc:    Counsel of record (by ECF)