MKP
F.#2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | [PROPOSED] EXTENSION OF THE PROTECTIVE ORDERS |
| - against - | |
| KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, and KATHY RUSSELL, | 18-CR-204 (NGG) (S-2) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Application having been made by the UNITED STATES OF AMERICA, with the consent of counsel for the defendants, for an order extending the Protective Orders (ECF Dkt. Nos. 85 and 104), and full consideration having been given to the matters set forth therein:

IT IS HEREBY ORDERED that, in addition to applying to "Discovery Materials" (as that term is defined in the Protective Orders), the Protective Orders shall also apply to all material disclosed by the UNITED STATES OF AMERICA to counsel for the defendants pursuant to 18 U.S.C. § 3500 and/or Giglio v. United States, 405 U.S. 150 (1972).

Dated:   Brooklyn, New York
         April ___, 2019

_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK