MKP
F.#2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KEITH RANIERE,
CLARE BRONFMAN,
ALLISON MACK, and
KATHY RUSSELL,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

[PROPOSED]
EXTENSION OF THE PROTECTIVE
ORDERS

18-CR-204 (NGG) (S-2)

        Application having been made by the UNITED STATES OF AMERICA, with

the consent of counsel for the defendants, for an order extending the Protective Orders (ECF

Dkt. Nos. 85 and 104), and full consideration having been given to the matters set forth

therein:

        IT IS HEREBY ORDERED that, in addition to applying to "Discovery

Materials" (as that term is defined in the Protective Orders), the Protective Orders shall also

apply to all material disclosed by the UNITED STATES OF AMERICA to counsel for the

defendants pursuant to 18 U.S.C. § 3500 and/or Giglio v. United States, 405 U.S. 150 (1972).

Dated:       Brooklyn, New York
             April __2__, 2019

                          s/Nicholas G. Garaufis
                    _____
                    THE HONORABLE NICHOLAS G. GARAUFIS
                    UNITED STATES DISTRICT JUDGE
                    EASTERN DISTRICT OF NEW YORK