# EXHIBIT 1

# Document Filed Under Seal

# EXHIBIT 2



The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

      As I stood before the judge at Allison's bond hearing, Allison dressed in orange prison scrubs, handcuffed, I bowed my head and wondered, "How did we get here?"  I responded affirmatively when the judge asked me if I was willing to submit all our families assets to secure our daughters release. I could never have imagined such a scenario. I know that I, above all people, have the most comprehensive experience of Allison's journey over the past 3 years and I feel the weight of responsibility to give you a whole and complete impression of who my daughter is. I am not a skilled writer but I assure you I speak from the heart.

      First I would like to introduce myself and give you some background on our family and Allison's childhood. My name is ███████████ . I am Allison Mack's mother. My husband, ███████████, and I have been married for 46 years.



      Allison is the middle child in a family of 3 children. ███████ is a retired opera and concert singer and I am a retired Montessori teacher. When Allison was 9 and her brother was 11 their baby sister was born, completing the family. Allison, from infancy, was a people person. Given her naturally charismatic personality, at the age of 4 years, I decided to see if she might have success as a model for print and commercial advertising. After a few months, she started booking jobs and was excited to be a part of the filming process. As she got older, she continued to grow as an actress, booking episodic spots on TV series and small parts in feature films. Members of the film crews she worked with consistently told me that she was a delight to work with and that they hoped one day to have a little girl like Allison. When she started attending elementary school her teachers reported to me that she was a sweet child that showed kindness and a willingness to help other children in the classroom, including those the other children rejected. Allison excelled academically and enjoyed participating in school theatrical productions. She attended the ███████████████████████. Allison liked bringing her school friends to our home. She always wanted to help the friends who were struggling in their relationships with their families. Her passion for pursuing opportunities in film and television intensified as she got older and her father and I remained committed to supporting her dream. She booked a TV series for Disney when she was 15 and continued working throughout the rest of her high school years, graduating from an independent study program designed for children in show business. She booked a TV series that filmed in Los Angeles when she was 16 and lived

with a friend of the family in order to be closer to the set. When Allison was 18 she booked a TV series that filmed in Vancouver, Canada.

On one of her visits home she shared her excitement about a personal growth program she had heard about from a friend, Nxivm. I later learned that even though she had plenty of money to support a very comfortable lifestyle, a career she was excited about and a network of interesting and varied friends, she felt empty, like something was missing. Allison decided to enroll in the introductory Nxivm seminar being presented in Vancouver. She encouraged me to join her in her exploration of Nxivm. I recognized an opportunity to strengthen my relationship with Allison by attending the Nxivm seminar, so I too enrolled. Having never participated in any personal growth program, I found the information to be very thought-provoking and I could see how my life might be enriched. I returned to our home in Southern California with the hope that our connection through Nxivm would revive our close relationship. █████████████████ █████████████████████████████████████████████████████████████

████████████████ Allison continued to attend a variety of Nxivm seminars offered in Vancouver and occasionally traveled to Albany, NY (the location of the headquarters for Nxivm) for additional courses. When Allison had completed her contract in Vancouver she made the decision to move to New York City to try and build a career in theater. She traveled frequently to Albany to participate in Nxivm classes and social gatherings. She was encouraged to put her acting career on hold and focus on her personal growth. She moved to Albany to live there full time. I was concerned about the level of commitment the Nxivm community expected of her. They were all expected to report their activities, goals, weight and diet to select members of the community, including their successes and failures in these areas. Punishments and rewards were given based on performance. The community's expectations and demands caused Allison to be sleep deprived. She survived on 3-4 hours of sleep per night.

Allison was a significant member of the community. She was the member most capable of nurturing new members and welcoming them into the community. When new people came in and had questions about the curriculum they were directed to Allison. On more than one occasion, while I was staying with her in Albany, someone would appear on her doorstep late in the evening, struggling to understand the concepts presented in that day's lecture. She would stop whatever she was doing and focus on them and their struggle. Her home became known as the "Womb." When people in the community learned that I was her mother they would joyfully exclaim that they loved Allison! She had been there for them with kindness and patience in their moments of crisis and confusion. I had concerns about Allison's willingness to accommodate the community's requirements of her but she appeared to be pursuing a path she thought would bring fulfillment. Allison told me that Keith had asked her if she would be interested in building a program to help performing artists succeed. She jumped at the chance to work with the man she identified as her "Guru." She worked tirelessly to build the program that became known as "The Source".

████████████████████████████ About 3 months before her arrest, while she was home on a visit, she shared with me that she had become involved in a secret sorority that was formed within the Nxivm

2

community with the intention of empowering the women to be stronger and more independent. She was very excited about her potential for growth and the relationships formed with other sorority members.

began to realize that the concerns I had about the Nxivm community were valid and that something very dark was unfolding. My daughter was involved in something that she was unable to reasonably evaluate. She was being manipulated to obey Keith Raniere, believing it was essential for her own growth.

I spoke to my son about my concern and he gave me a book to read about the nature of cults. He had long suspected Nxivm fit the cult profile.

About 5 days later, Allison was arrested.

In the beginning of her time with us she was very emotional and confused about how this could have happened to her, that she did nothing wrong. In her mind she was following Keith's guidance in helping herself and other woman to conquer their attachments and limitations. She was angry that she had been singled out for punishment, when many women were equally involved in the sorority. Some days she would stay in bed weeping and other days she would rage and then feel regret for losing control.

Because of her high profile as a TV-star she was hounded and publicly humiliated by the media. The shame she felt was crushing her soul. It was very emotional for me to watch her day after day process what had happened and try to reconcile how her actions had such negative consequences. Her intentions were always to help the people she considered friends and she was horrified at the prospect of having done the opposite. She refused to consider that she had been manipulated by Keith and believed his directions were always to encourage her

3

enlightenment. She became angry when I suggested she had been brainwashed by Keith. She told me she had chosen all her actions and that she wasn't "crazy." She clearly did not know what brainwashing meant.



When Allison was informed that she was allowed to attend school she immediately enrolled in classes ████████████████ I was delighted! As proud of her as I was for the work she did on the TV show, I knew that she would flourish in college. She loves learning and exchanging ideas and has always had a curiosity about the world around her. She attended ████████████████ graduating with honors in Spring 2020 with a 4.0 GPA. Allison made the Dean's list every semester. She was invited to be one of the valedictorians at her graduation. I watched her dive into the philosophy and English curricula, establishing relationships with her professors and the students. She was invited to be a member of Phi Theta Kappa, (the academic honor society). The faculty advisor for the society asked Allison to take a more active role in leadership but she thought it best to decline, due to her circumstances. While she was in school she got a job working for a catering company working an average 5 to 10 hours per week. The job was a marvelous experience for her. Coming from a background in show business, Allison had always been the one being served. In her catering position she was now the one serving, giving her an entirely new perspective.



She applied to the University of California, Berkeley, was accepted and received a scholarship. Due to the pandemic she has remained in our home attending classes online. She has consistently carried a full class load and is scheduled to graduate in Spring 2022 with a double major in Rhetoric and Psychology. When Allison began her online education at Berkeley she anticipated that her experience would be similar to her time at ████████████████ She was enrolled in Zoom classes and participated in class lectures and discussions.

It was a sad moment for Allison to realize the

limitations on her college experience but she has kept a positive attitude about school and is looking forward to future semesters. She finds the rigorous curriculum at Berkeley more challenging than community college and rises to the challenge. After Berkeley, Allison is interested in attending graduate school.

In addition to furthering her education, Allison wanted to be a part of a spiritual community, so she started attending a nondenominational Christian church near our home. Allison has always been a very spiritual young woman looking for enlightenment. She has found comfort in the community of church fellowship.  Her friend has given her much needed support and reflection as Allison unpacks the events of her life leading to this moment. She is eager to enrich and inform her spiritual journey in preparation for her graduate studies.

Repairing the relationship with her brother has been of utmost importance to Allison.

As Allison started to understand the depth of deception and betrayal she experienced at the hands of Keith, she began to take responsibility for her nefarious behavior.

As my son observed, "We've had Hollywood Allison and Nxivm Allison and we finally have Our Allison back!"

The experience of observing Allison's rehabilitation over the past 3 years has been a steady process of her becoming acquainted with who she is and where she is going in a life guided by her own internal compass. Allison is committed to learning from past mistakes and using those life experiences to inform future choices. She becomes more in tune with her inner-voice every day.

Please be assured that Allison's friends and family are prepared to move heaven and earth to support her throughout her rehabilitation process. She does not make the journey alone, rather she has the love and care of people dear to her to reflect back to her the beautiful human being we know her to be.

Sincerely,

# EXHIBIT 3

# Document Filed Under Seal

# EXHIBIT 4



The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis

This letter is to serve as a character reference for Allison Mack.

My name is ██████████ and I am Allison Mack's older brother. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ After moving back to Southern California, Allison and I were very close through our teenage years.

From my earliest memories to her late teenage years, I knew Allison to be a sweet, passionate, intelligent person with a deep sense of justice and a strong interest in helping others. Her primary passion, however, definitely lay in the area of the dramatic arts. From a very young age, Allison developed an intense interest in musical theater, film, and television. She began acting at a very young age and this pursuit became the main focus of her life.

████████████████████████████████. At age 18, she moved away from home and shortly thereafter became a series regular on the Warner Brothers TV series Smallville. She worked on Smallville for ten years, during which she mostly lived in Vancouver, British Columbia where the show filmed. During this time, I didn't see Allison very often. We would see her at my parents' home once or twice a year. Our interactions were always amicable but seldom did we have time to talk very much- she was often running off to a destination such as the Middle East, China, or another exotic locale. That said, Allison was always very generous and helpful with the considerable means she was earning. Rather than accumulating a mountain of student debt, I was able to complete ████████████████████████████████████████████████

I remember vividly the first time I heard from her about NXIVM (which she then referred to as ESP). ▮

She came over to my apartment for lunch- just herself, me, ▮▮▮▮▮. Allison was tremendously excited about this new self-development course she had taken with this brilliant man, Keith Raniere. She was anxious for me to become involved as well. At the time, I was taking an Educational Psychology class and learning about modalities of therapy such as Cognitive Behavioral Therapy. The concepts she related to me sounded very familiar from my own studies. I remember wondering, "Why would someone pay thousands of dollars for this information when I learned it for the cost of a textbook and college class?" It seemed, however, that Allison was happy so I left the issue alone and just supported her as best I could.



During her early years in NXIVM, ▮▮▮▮▮ t first, she did spend more time with us. The wealth she had accumulated on Smallville allowed her to be around as frequently as she wanted.

Christmas 2011 remains a wonderful memory of family time. ▮▮▮▮▮ At the time, Allison was living in a brownstone in the Cobble Hill area of Brooklyn. ▮▮▮▮▮

Around 2012, Allison moved to Clifton Park, New York to be closer to the NXIVM community. I was crestfallen as I felt she would have been much better off living in the city and continuing to study at the Public. She became increasingly committed to NXIVM at this time, however, and seemed to lose much of her interest in theatre and even acting in general.

▮▮▮▮▮, my wife and I noticed that she was "the wrong color." Her skin had an orange appearance akin to someone who has eaten way too much beta carotene. She was also unhealthily skinny and had bags under her eyes. She looked exhausted. It still pains me to see pictures of her from that time.

For the next several years, we saw Allison maybe once a year at our parents' house. The strange diet and phone calls continued and even intensified. Her manner was always very vivacious and energetic but I always got the feeling of a certain manufactured enthusiasm. I also remember reading about a kind of euphoria that can accompany starvation and thinking that might be contributing to Allison's apparent state of mind. Her health and mental state continued to deteriorate. In 2016, she came to our house for Thanksgiving dinner claiming that she was on day 7 of a ten day cleanse and

ate absolutely nothing. She was almost in a daze the whole time. She would often absent herself to have a phone or video call with her "people" in New York. While she acted caring and loving, it was clear that she was in an unhealthy situation that was taking a toll on her.

In the spring of 2017, Allison performed in a play in San Diego, California. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. My wife and I attended the play and spent some time with Allison. She seemed very happy to be acting again. I remember feeling like she'd established a healthy separation from what I then had firmly decided was a cult.

In the fall of that year, I read the now-infamous article in the New York Times which included an interview with Sarah Edmondson about branding and other violations occurring at NXIVM events. Within days of reading this, I received an anonymous email at work saying that Allison was in very bad trouble and needed help. I felt completely powerless but replied that I would do whatever I could to help.

At this point, I had not heard from Allison in several months but was firmly convinced she had been completely subsumed by this cult. There seemed to be to be very little left of the Allison I had grown up with. Subsequently, she was arrested and placed under house arrest.



This was the start of the healing process that we could see for Allison.

Allison began to attend church services and classes at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She made new friends among her classmates and re-connected with several friends from high school. She seemed to have lost most or all interest in being an actor but she discovered a new love for the world of higher education. She devoured (and continues to devour) books on feminist theory, philosophy, comparative religion, and psychology. She clearly thrives on the academic studies I wish she had pursued decades ago.

Looking at it now, I feel like Allison's twelve years in NXIVM were almost a bad dream. She had become completely lost in that organization and it had swallowed her whole life. Allison's commitments to social justice and helping others have returned as she has become her "original self" again after all these years. She has left all the ideas and people of NXIVM out of her life and replaced them with more solid, academic, and humanistic values. Her friends share and reflect these values as does our family.

In the past year or so, ██████████████████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████████ It has taken quite a while to rebuild the trust Allison broke due to her participation in NXIVM. However, with the continued ████████ and self-development and improvement that she is pursuing, I have every confidence that the original Allison, the Allison we all loved, has re-emerged. Though originally hurt by Allison's actions in NXIVM/DOS, my wife and I whole-heartedly forgive and support the Allison we know today.

Thank you very much for taking the time to read my lengthy discourse here. I am easy to reach, should you have any questions.


Best Regards,

████████████████████

# EXHIBIT 5

To the Honorable Judge Garaufis:

My name is ████████, I am Allison Mack's younger sister.



. She was also an inspiration to me as a performer, and would fly to and from California to buy tickets to my performances with children's theater groups. While I didn't keep in touch with her much in my younger years, she supported me by showing up, despite maintaining a busy professional life in another country or state. Her life was often pulled in many directions, but she worked to give us the time she could. I recall once, when I and my parents went out for Mother's Day, our mother received a phone call from Allison, telling her she was in London but wished her a happy day. She then appeared, holding her cell phone, a few yards away, and gave our mother the greatest surprise, spending the day celebrating with us.

Allison has always been deeply passionate about hard work and supportive relationships, and developed many friendships with her coworkers. Some of these friendships were carried over into her involvement with Nxivm, as she believed the work she could accomplish with Nxivm was a means of uplifting those around her. Her outreach into the community through Nxivm was approached with sensitivity and compassion; in the time she worked for Nxivm, I observed her extolling messages of kindness and encouragement, carrying with that message a strong commitment to ethical standards of responsibility and staying true to one's word.

In the years since her arrest, Allison has reconnected with old friends, and bonded deeply with new ones. These friendships have borne her through a dark period of struggle and self-reflection. She continues to meet this generosity of spirit with boundless care and guardianship of the people in her life. She maintains regular visits with her church group, her friendship circle, their children, and our own family members. She is an extremely ardent and driven student, and

continues to develop close ties and friendships with mentors and professors she encounters on her way.

Since her arrest, I personally have witnessed nothing short of a transformation in my sister's soul. Her best traits have become her greatest undertaking. ███████████████ ███████████████████████████████████████████████ However, since her withdrawal from Nxivm, my sisterhood with her has reached new levels of honesty, bond, and a mutual foundation for growth.

Now more than ever, she is staunchly committed to her role as my elder sister: she always provides a listening ear when I struggle, and is ready with a word of advice or caution, born out of decades of travel, hard work, and her own struggles. I often reflect on her arrest as a blessing in disguise: never in my life have I felt so deeply immersed in sisterhood as I do now. She is an invaluable member of our family, and is unafraid to speak truth when we need to hear it. Her indomitable thirst for responsible, honest, compassionate living permeates every interaction she has and every challenge she undertakes. Allison strives for a softer, kinder, more accountable lifestyle.

Allison's professional acting career allowed her the means to support our family financially as well. Time and time again she has encouraged her siblings' pursuits. To me, she gifted four years of education at the ████████████████████ Allison also personally funded ████████ ████████████████ . These contributions lifted an immense financial burden from our parents, and allowed our growing family to flourish professionally, as well as personally. To my mind, this speaks to Allison's belief in the power of education, and the growth possible through challenge.

Allison's commitment to her family does not stop at financial support, however. Since her arrest, and the dissolution of the life she led, she has turned to us, and to her friends, to recover and grow towards being a more productive and altruistic member of society. ███ ████████████████████████████ The time spent living with and near our family has breathed new life into the household. She is an avid cook and baker, and is always delighting our parents in the kitchen.

████████████████████████████████████████████ ████████████████████████████████████ .
Most recently, I have seen Allison, like our mother before her, becoming a lynchpin between our

respective households. She spends time with them, helps where she can, and brings us all together weekly for meals, family parties, and personal time with our nephews. From my perspective, this new relationship closely mirrors that of the deep sibling connection of our collective childhood, renewed.

Allison's attempts to repair relationships extend into her faith, as well, as she has connected with old and new friends now involved in their shared church. She approaches this faith-based relationship with frankness, remaining open about the mistakes of her past, especially her time with Nxivm, and never bringing judgements of her own to any discussion. She remains humbled by these mistakes, and has shared with me the remorse she feels for the harm she caused under Keith Raniere's guidance.

Most recently, in Allison's first year at Berkeley, 

We have observed paparazzi and stalkers outside our family home throughout the trial process, particularly in the wake of several recent Nxivm-related documentaries and articles. The family follows my sister's example, holding hope for kindness and true friendship, and graciously absorbing the attacks of those who do not know her true worth.

In my own time spent with Allison, I have noted a deep sense of shame in her heart. She is utterly direct about the mistakes she has made, and the damaging consequences. Rather than attempt to go back, or to justify or excuse these choices, Allison instead remains committed to her path to rehabilitation. The greatest impression she leaves is that she wishes to improve herself everyday, and to start afresh with new connections, accountability, and an education that challenges her to greater heights of intellect and contribution to her community and to her family.

Thank you,

# EXHIBIT 6

My name is ███████████████████████████████████ █. ███████████████████████████████████. I am writing in hopes of helping you get to know my friend, Allison Mack, the way that I know her.



██████████████████████████████████████████████████. From the moment I met her, I was drawn to her empathy, positivity, and enthusiasm. We became fast friends and I quickly realized she was one of the most kind-hearted people I would ever meet. She had a true desire to lift up the people around her. ████████████ ████████ she's never given me a reason to think differently. Having to write this letter is truly one of the most bizarre and unexpected events of my life.

██████████████████████████████ while Allison relocated to Vancouver to shoot her new television series, Smallville. ███████████████████████████████████████████████████████. While I merely dreamed of a life as an actor, Allison was living it. I was ecstatic when I saw a poster with Allison's face on it on the subway. The world was seeing what I saw from the day I met her; Allison is a special talent and an even more special person.

Over the next few years, Allison and her friends from Vancouver regularly visited the city. I was happy to see she formed meaningful relationships with her castmates and friends from the north. It was clear she had created a family of like-minded friends who she could count on. Allison was still the same girl with the smile ████████████ We frequented the theater and visited all of the museums. Allison and her friends were some of the biggest stars on TV but unlike others in show business, they were far more interested in conversation over a cup of coffee than the New York City nightlife. Our conversations usually carried a common theme. We would talk about our goals and the ideal direction of our lives. We were all committed to helping each other find and become the best versions of ourselves. It was during one of those conversations that I heard about NXIVM for the first time.

Allison and her Smallville co-star started attending training and classes in upstate New York with their boyfriends. They were all excited about the opportunity for personal and professional growth offered by the program. When they returned to the city a few months later, I was blown away by the noticeable difference in each of them. They were confident and focused about their goals for their lives and how to achieve them. They shared helpful coping skills that I use and teach my players to this day. All of them were becoming better versions of themselves. Allison was looking forward to empowering other young women and helping them find the same strength they were discovering. I was excited about what this new group meant for the futures of Allison and her friends. I do not think any of us realized there was a dark turn looming on the horizon.

The group continued to visit the city before making their trip back to Albany. Over time, the faces in the group began to change but Allison was always a constant. During one of these trips, she asked me to help her rehearse for an independent film she was shooting. One of the film's actors dropped out because of another opportunity. ████████ ████████████████████████████████████████████████████████████████████████████████████

Smallville and Allison's time in Vancouver eventually came to an end. I was stunned when she told me she was moving to Albany to work with her group full time. It seemed crazy to walk away from a successful acting career, but Allison was always more focused on personal growth and helping others than fame and fortune. As an outsider, I had only seen her development from being part of this group. She was eager to share this with others. Once she was in Albany, she told me about the classes she was running and the women she was working with. Allison was proud of the impact she was having on the women around her. I was proud of her for following what I believed was a healthy and meaningful path in her life. She never mentioned the name Keith Raniere to me, and no red flags ever popped up during our conversations.

████████████████████████ Allison was one of the first people I could not wait to share the news with. I knew she would be thrilled that I was now working towards her same goal of empowering young women. I reached out to Allison but for the first time in 20 years, my friend did not call me back. This was the first red flag.

In March of 2018, I woke up to the news that NXIVM leader, Keith Raniere was arrested. Shocked and concerned, I began researching why. I read rumors that Allison might be arrested soon too and immediately reached out to her.

Once again, my friend never returned my call. I reached out to Allison's original group from Vancouver who had introduced her to NXIVM. They were open about their experiences and a common story emerged. The group took a dark turn and Allison simply never got out. A couple of weeks later, Allison, the most well-intentioned woman I have ever met, was arrested.

While Allison was in prison, I could not sleep. I restlessly searched the internet for a better understanding of what happened. I wondered how I missed the signs that my friend was in trouble. I woke up one morning to a courtroom sketch of Allison in a jumpsit with her mother, ███, by her side. It was both mind blowing and heart breaking. I was relieved when Allison was released ████████. ████████ About a month later, I finally heard that familiar, loving voice again. "Hey ████████, it's Allison".

████████. We cooked pasta and chatted about the unbelievable circumstances of her last few months. I did not want to pry or make my friend feel like she owed me an explanation. I just wanted to listen and be there for her the way she has been there for me throughout the years. She was defiant and confident that she had not done anything wrong. She did, however, show great remorse for the pain her situation was putting her family through. She also seemed very aware of the gravity of her situation. I remember passing her my phone to show her a video ████████. She quickly put her hand up and said "I'm not allowed to touch your phone, but I can see it from here. I'm so proud of what you're doing." I left, relieved that the weight of her situation had not taken her loving spirit. She was still just Allison with the same smile that lights up a room.

A year and a half later, Allison's truth about her situation had changed. As she put it, ████████ made her see things differently. It was clear that she understood how her role in NXIVM had hurt the people she thought she could help. I never asked what made her come to that conclusion, but I know how devastating confronting that truth must have been for her. I know Allison. I was there when she made the decision to commit her time to NXIVM. I know she never meant for anybody to get hurt.

The strongest and most consistent of Allison's feelings have been for her family. She has a completely different level of appreciation for them. She marvels at the unwavering support and love they have given her despite everything she has put them through. During one of our chats in her parent's backyard, Allison said ████████ ████████.

We don't spend our time discussing what happened in Albany. Instead, like we always have, we talk about what we want for our future. We talk about how we can learn from our experiences and build a brighter, healthier future for ourselves and the people around us. ████████ Seeing people grow and succeed is still the thing that excites her the most.

There is no denying that this was an incredibly dark chapter in Allison's life, but I know that this isn't how her story will end. Despite setting out with the best of intentions, my friend lost her way. But Allison is strong, and I know that this will not break her spirit. While the damage cannot be undone, I know Allison will use these experiences and her platform to lift people up and make sure this never happens again. I hope that my friendship over these past few years has been a small part of how she managed to find her way back.

I did not hesitate to vouch for Allison's character. My only concern was trying to find the words to express what a truly special person she is. Allison is as kind, caring, and selfless now as the day I met her 25 years ago. I'm a better ████████ because she has been my friend. She has been the brightest of lights in my life and I have no doubt that her resolve is stronger than ever to brighten up the world around her. I look forward to closing this chapter of her life and to what comes next.

Thank you for your time and consideration,

████████

# EXHIBIT 7

# Document Filed Under Seal

# EXHIBIT 8

Honorable Judge Garaufis,

Thank you for taking the time to read my letter today. I am sure that weighing out the enormity of this case and all the facets of those involved is an extensive undertaking for you, and I am humbled that my insight will be included in that.

My name is ███████████████████████████████████████████████. For the last 10 years I have worked as a ███████████



I knew of Allison through my close friend ████████████ and over the past decade or so, ████████ and I would occasionally speak of their friendship dynamics over the years. It wasn't until 2019 when Allison was attending ████████████████████████ that she and I started interacting with one another on Sunday mornings.  In January of 2020, Allison invited us and our mutual childhood friend ████████████ ████████████████████ for a weekly discussion on our spiritual discipleship journey going through a book that was written by our pastor, ████████.

I was excited to get to know her better as I felt instantly drawn to her sincerity and honest longing for friendship, and I also felt somewhat hesitant to engage with her in the intimacy of friendship as I knew a few of the stories coming out about NXIVM from media outlets and discussions with ████████. In the early days I remember asking ████████ if Allison "was safe" and as soon as I said it realizing that of course that question couldn't really be answered as I would have to discover and listen to my own intuition for that assessment piece.

I am somewhat of a skeptic and pessimist by nature and after a couple of our first meetings, I decided that I wanted a more personal experience of Allison if I was to continue genuinely engaging in the group. I wanted to get to know her on a deeper level, and knew that it would be too easy for me to stay on the sideline in our group experience without revealing too much of myself in case she proved my suspicion that she may be untrustworthy. I offered to start coming to her house for us to spend more concentrated time getting to know one another, and that turned into 2-3 hours of conversations in her back yard each week since then.  My husband would ask me how in the world we could talk for that long each week over the past year, but somehow our time never seemed long enough.

Allison has genuinely surprised me since getting to know her. It is astounding to watch her introspective process and she has trudged headlong into unraveling all the parts of her journey. This process has been painful for her and she continues to fight for authenticity and accountability. In this process of growth, I have seen her extend grace to her siblings and parents in ways that she would not have done in the past. But ultimately, what has been even more commendable is how she has been able to receive grace from those whom she has wronged deeply.  To me, that is an even harder task as it requires humility and shame exposure. I know that she is working hard on this ████████ and staying present in difficult conversations with loved ones to let them work out their own processing surrounding the facts of what transpired. As she has learned to love herself in all her faults and failings, she has developed an empathy for others as they strive to overcome areas of their past as well. This experience has taken her down to the rock bottom and she continues to dig deeper in order to unearth any edges that still need to be softened in her heart as she walks out forgiveness for herself and others.

She has also been incredibly resilient and kept her joy in the midst of this house arrest and COVID season. Her integrity surrounding our meet-ups once COVID imposed new guidelines has been honest and consistent. She was adamant in following each new measure so as to be within the parameters of her parole officer, and the requests of her parents. At times that looked like pre-arranged zoom calls during certain hours, or outdoor distanced time in her driveway. While some of these choices may have seemed small, it has been clear that holding true to her word has been paramount. She has also shown herself to be honorable while maintaining boundaries around the details of the case also, as laid out by her commitments to her lawyers and bond agreements and has not shared anything with me about the case that she is not permitted to at this time.

One of the things I have seen her recapture is her ability to trust her intuition. She responds readily to any awareness of her conscience or check in her gut, knowing when something feels off or unsettled, it is something to address and discover instead of push past. This has shown up time and time again in our conversations as I see how she is pressing toward deeper integration and wholeness in her mind, body, and spirit.

I am amazed at how much she is able to accomplish and the mental fortitude she has maintained as each day passes.



I am confident that she will continue this process of self-discovery and rebuilding and will do it best surrounded by the family and friendships she has treasured and cultivated over the past three years. Ironically, her life is much more collateralized as it is currently than it ever was in NXIVM. She has conveyed to me that she has much more at stake to loose in the bonds she has grown during this time of house arrest and I only wish to see her continue the attachments she has formed.

While preparing for her sentencing, I have seen how she has come to a resolve and is holding the outcome open handed for what comes next. As painful as this posture can be, to me this has been a movement toward even deeper healing and resolution in finding peace regardless of the circumstances.

My heart aches for my dear friend Allison to experience freedom. That has been the undertone in all of our conversations thus far. Freedom to love deeply and honestly, freedom from the shame of her choices and experiences in NXIVM, freedom from the memories of the past abuse she endured, and freedom from the beliefs of Keith Raniere. She has fought tenaciously for all of this. I have watched her sit in the sorrow and experience the waves of pain over all the things she cannot change. I have held her hand as she has wept in remorse, realizing her disillusionment with Keith and all that she participated in. As much as I want this season to be over for her, I would never want to tip her out of the good work that is necessary in making this a lifelong journey toward overall health. I am committed to standing beside her in whatever is necessary for that restoration to take place.


Sincerely,

# EXHIBIT 9

███████████ ███████████

███████████████████████████████████████████

Dear Judge Garaufis:

It is my pleasure to attest to the good character of Allison Mack who is one of the most accomplished students I have encountered in more than three decades of teaching.  I have worked with her in my capacity ██████████ ████████████████ and also as ██

Allison was one of the top student in ██████████████ s Honors Program and graduated with a perfect 4.0 grade point average, earning the highest honors that the Program grants.

For two semesters, Allison was a student in a sequence of ████████████████████ ███████████  I ask students to compose daily responses to the reading assignments.  Allison's responses were not only twice as long as every other student's; they also had a complexity of thought and engagement that are more typical of the best formal essays that I receive at the end of the semester.

During the ██████████ ██████████████████████████ ████████████████████████████████████████ ██████████████████████████████████████████ ███████████████████████████████████  was selected as one of the entries for UCI's 2020 Honors Research Conference.  Unfortunately, the conference was cancelled due to COVID-19 considerations, but Allison was one of eight ██████ students who elected to carry on with their research and put on their own conference.  We met at least once a week throughout the semester, and in the first months of quarantine, this became a tight-knight group.  Allison was a leader of these students and often coordinated meetings beyond those that I set up.  As we all adjusted to life on Zoom, she helped to make these sessions more humane.  During our discussions, she would notice if anyone had not yet had an opportunity to talk.  She would draw them out, asking questions about their projects and their interests, making the shyer students feel more comfortable.  As students rehearsed to deliver their projects to cameras and a live audience, Allison shared her own experience, her critiques, and her enthusiasm for the work that everyone else was doing.

In class discussion, Allison might as well be teaching the class.  Her comments drive all students to think more deeply about the material and allow all of us to engage with the fascinating details that she locates in each of the texts that we read.  But, as accomplished as she is, she does not dominate.  She listens thoughtfully to her fellow students, acknowledging each of their perspectives and encouraging them to build upon their own ideas.  She helps to make the classroom into a congenial community.  I am extremely fortunate to have had her in two classes that I've taught, and in my decades of teaching I have met only a handful of instructors who have been able to impact a classroom as positively as Allison.

███████████████████████████████████

A number of outstanding students have been in my classes over the years, and, among those very best students, Allison stands out for her personal qualities. Because she once gave up formal education, she is now visibly thirsty for knowledge, working to make up for everything that she might have missed. She has a contagious enthusiasm for the ideas that she is studying. In our ▮▮▮▮▮, for example, she was eager to make connections between Socrates and the comments in the gospels about the nature of the soul. Many of our best students have also been students who are returning to education after some sort of gap—a career, a family, a crisis—and many of them also have had a similar work ethic and maturity that allows them to excel. But Allison's gift is her ability to blend her maturity and her hunger for learning with the most finely tuned sense of empathy and with such intellectual generosity that actually uplifts everyone in her classes.

Allison also seeks out constructive criticism of her own work. By the time that most students turn in an essay, they hope for a good grade and would prefer not to think about that work again. During the semesters she was in my classes, Allison sought me out and asked for criticism again and again. Even after the semester was over, she continued to revise her writing so that she could refine her argument and continue to discipline her thought.

As students of ▮▮▮▮▮▮▮▮ we admire those characters who respond to their tragedy with grace and who redeem themselves through their later actions. Allison makes no excuses; she conducts herself with profound dignity and shows compassion and concern towards all of her classmates. With the permission of the court, she has returned to school where she remains not just positive and upbeat, but genuinely inspiring to those who are around her, whether or not they know any version of her story. It is a great pleasure to talk with her about her myriad interests. She reads voraciously and is, in the truest sense, a philosopher, a lover of and seeker after wisdom.

Allison Mack is an amazing student—anyone would be pleased to have her in class—but more than that, she is a woman of character who uplifts the conversations, the classrooms, and the communities in which I have seen her participate.

Sincerely,

Professor ▮▮▮▮▮

# EXHIBIT 10



Honorable Judge Nicholas G. Garaufis
Judge of the United States District Court, Eastern District of New York
United States Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Allison Mack

Dear Judge Garaufis:

My name is ████████ and I am a professor ███████████ employed by the ██████████
███████████████████████████████ .

I have known Allison Mack since February of 2020, when she enrolled as a student in my ██████
███████████████████████████████ From February until early June of last year, I
regularly interacted with Ms. Mack for approximately 3 hours per week during class meetings, and frequently
during student conference hours. Due to the COVID-19 pandemic, all face to face classes at ████████
████ shifted to a fully online format for the remainder of the semester in early March, causing our weekly
class meetings and student conference hours to move to Zoom. Since the end of our semester together in
June of last year, I have stayed in touch with Allison via regular emails and occasional Zoom conversations as a
mentor and friend. In these communications, we have discussed a wide variety of professional and personal
topics, including her classes and experiences as a transfer student at the University of California (Berkeley),
potential majors and minors at Cal, graduate school, future career paths, etc.

For contextual purposes, █████████████████████████ that Allison participated in is an
intensive, semester-long examination of █████████████████████████████████ .
Students are required to read an extensive array of scholarly and mass-market works and critically analyze
them in both class discussions and in written assignments.  In addition, participants must determine and
reflect upon their own learning styles.  Finally, students must either write a substantial, critical analysis of a

controversy in ██████████████████████ ████████████████████████████████████ ██████████████████████████████████ This demanding curriculum provides an ideal lens through which to view students' academic and interpersonal skills, as well as their personal qualities.

Ms. Mack is one of the most intelligent, insightful and authentic learners that I have worked with in my 25 year career as a ████████████ instructor. Throughout the semester, Allison consistently demonstrated superior oral and written communication skills, a highly developed critical thinking ability, a moral grounding uncommon in many contemporary college students, as well as one of the highest levels of emotional intelligence that I have ever seen in a student. She was a consistent leader in class, asking questions and making contributions to discussions, both during and after class that always revealed a tremendous depth and breadth of thinking and perception.  Ms. Mack also possesses an unquenchable intellectual curiosity and a wonderful ability to thoroughly examine any issue or question from a multi-disciplinary perspective, encompassing ideas and analytical tools from a variety of humanities and social science fields.

Based on her in-class contributions and our personal conversations, it is obvious to me that Allison is working extremely hard to discover her authentic self and to reinvent herself for a future devoted to a more holistic self-understanding and a life in service to others. Through her reading and reflection in philosophy, literature, the social sciences and a wide variety of spiritual disciplines, Ms. Mack is deeply engaged in the process of discovering who she was, who she is and who she is becoming as a person, daughter, sister, aunt and as a member of the larger community and society with a positive and meaningful role to play. As part of this, she is attempting to understand her internal mindset and other factors that led her to take the actions that are the subjects of the case before you and, in doing so, she has expressed great and sincere remorse regarding those actions and is fervently working towards creating a new and transformational path for the rest of her life story.

In our conversations, we have also talked about Allison's authentic efforts in rebuilding her family relationships, particularly with her parents, as well as with her brother and his family. As an example, Allison has frequently told me about very substantive and meaningful conversations with her parents and other family members regarding the issues and questions that we were learning about and discussing in our ████████ class throughout the semester. To me, the ability to have such conversations in a civil, productive and enjoyable manner clearly indicates that the process of healing is ongoing with Allison and her immediate and extended family.

In sum, I must admit that for most of our semester in the ████████████, I was not aware of who Allison Mack was in her life prior to her enrollment at ████████████████ After learning about the events in the case before your court, I can assert without reservation that the Allison Mack that I know and respect bears

absolutely no resemblance to the person involved in the case. It is my fervent hope that she will be able to continue on the path of self-realization, growth and service to others that she is currently navigating and I stand ready to assist her however I can along the way.

Please feel free to contact me ████████████████████████ with any questions that you might have.

Sincerely

Professor,

# EXHIBIT 11



The Honorable Nicholas G. Garaufis
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

My name is ██████████ and my wife, ██████, is also writing you a letter. In fact, when she told me she was writing one, I said, "Can I write one as well?"

████████████████████████████████████████████████████ I have worked closely with hundreds of individuals over the last two decades. No one is an "expert" in human beings, but I do trust my experience and the intuition I have developed, and I want to share my experience of Allison.

I certainly intuited, along with my wife, that something was not right in Allison's life shortly after she visited ████████████████ as she got more involved with NXVIM. This was perhaps four, maybe five years ago. ████████ We all got together a few times over the years. And of course, my wife and I watched in horror as the news stories unfolded and the truth of what NXVIM truly was began to come out. We knew that something was not right, but we did not realize just how wrong things had gone.

When Allison moved to ████████████████ got together with her regularly. I also saw Allison regularly, every couple of months. The three of us had fierce and honest conversations. I watched Allison "take herself on." I got to watch her transformation. Not only with her family, making amends and owning, as best she knew how, what she had been a part of, but in all of life—going to school, joining (and being generous) ████████████, being generous to my family, creating a new life trajectory beyond acting. I watched her sorrow and remorse as she went from confusion about what NXVIM was to realizing it was rotten at its core and that Keith Raniere was no good mentor or guru.

No one is an expert in human beings, but I am fully convinced that what Allison was involved with she engaged out of desperation, not from any malevolence. I do not know the ins-and-outs of the law, but I know from working with people the difference between someone being deceived (which is not to say they are not without responsibility) and someone acting out of willful awareness. I have witnessed Allison in dissonance and confusion—not knowing how someone she trusted could be someone evil—to being able to own how she was deceived. I watched her dissonance go away as she was able to "call a spade a spade" and cut ties with NXVIM and those she had trusted in that organization. She had already done this technically and legally, but I watched her disavow it internally. I watched her step out of one life and into a new one.

She has not spoken to me about the details of what she did or was involved in, I presume because of legal requirements, but I have seen her horror and sorrow over being a part of it. And I have seen her

seek to own this with a clear mind and a commitment to taking responsibility. I have seen her creating a new life, out of the shadow of the old. For this reason, I wanted to write a letter, because she has been a good and honest friend to my wife, and to me. I count her a friend and I trust what she has walked through and who she has become.

Thank you,
Sincerely,
█████████

# EXHIBIT 12

# Document Filed Under Seal

# EXHIBIT 13

███████████████████

Dear Judge Garaufis:

████████████████████████████████████████████████
████████████████████████████████████

I met Allison Mack approximately one year ago through her mother, ██████████████████
██████████████████████████████  Initially I saw Allison about once a week, when █████ and I met (socially-distanced) outside in her yard to practice recorder and then to visit.  Allison would often join us before or after our practice sessions, and she and I began to develop a relationship.  I loaned her books, and we often enjoyed sharing ideas.  A few months ago Allison asked me if I would be willing to work with her in Spiritual Direction, and I agreed.

Spiritual Direction is less "direction" in the sense of film-making than "facilitation."  The role of a spiritual director is to help the directee to feed the spiritual hunger within – honoring her own journey (it is her journey, after all, and not mine) and her own needs.  Our time together has focused on:

- A look at the shame and embarrassment of having given herself over so completely to another's dominance and control in the quest of the spiritual freedom she had been seeking (a shame and embarrassment not only because of the greater personal and legal ramifications, but also as evidenced through the hostility and shunning by some of her classmates at Berkeley when they recognize her name), and how to avoid such a thing from ever happening again;

- The importance of "light" – of the need to share the journey, not to have it controlled and "corrected," but as a reality check:  Does this really do what I want it to do?  Take me where I want to go?  Do others see what I am seeing?  Is it possible I am wrong, that I am mistaken or mis-perceiving?  Can the observations, questions, challenges of others help me to refine my own perceptions, move forward in a healthier, deeper way?  Corollaries of this approach, of course, involve seeking out a diversity of opinions from trusted associates (to prevent "confirmation bias") and  "no secret-keeping," with an understanding of the destructive power of secrets, of things you have to hide because "others won't understand."

- A recognition that she is the agent in her relationship with God:  she will, may, must use resources available to her, but ultimately she is the determinant of the scaffolding of her life; she does not inherit another's ready-made edifice or schemata.  She explores, questions, tries on, evaluates, and then embraces and integrates  the practices which enhance her relationship with God.

I have found Allison to be a willing and eager learner and a committed participant in her journey on a healthy spiritual path.

Sincerely,

███████████████

# EXHIBIT 14

Dear Judge Garaufis,





I don't know if there's anything about my story that makes me a quality judge of character in the eyes of the legal system, but I will speak from the heart for this.

███████████████████████████████, and if there's even a chance that I could make someone else see what I see in her, I'll do my best to persuade. I've come across many people that have changed how I engage with the world and how I view myself. None of them can compare with the impact that Allison has had on me. I'm a better person because I met her, and I truly believe that everyone currently in her life can say the same. She brings out the good in you.

The way she entered my life in ███████████ was unexpected and surprising, much like her. 

███████████████ She has this amazing ability to make you feel like she's listening to every word you're saying. I've found that most conversations are just a waiting game. People wait until you finish talking so they can talk about themselves. I know I'm guilty of it. She was different, though. She wanted to know me, and she asked questions that I wasn't expecting. I returned the favor.

One day, she began to tell me more about herself. Specifically, why she was there and a little bit about her situation. She mentioned that she had been in a cult, was arrested, and that she was now on home confinement, living with her parents in the area. I'm not sure I really processed what that meant in the moment. My reaction surprises me even now.

She told me that she used to be an actress on a show that I had heard of but never seen. She said that she was going to school so that she could try moving forward with her life. I listened, asked questions carefully so as to not overstep my bounds, and tried to relate what she was going through to my own experiences. I had no means of understanding what had happened to her, but I tried my best to imagine how it would feel if I were in that situation. I remember she looked terrified telling me, looking down and scanning the area around us in case anyone was listening. Her hands wouldn't stop moving. I could tell she was scared of how I would react.

Somehow, what she confided in me didn't push me away. I process things on my own time, and in that moment, I was only focused on this vulnerable person in front of me. Afterwards, I searched her name on Google, clicked the first article, and read through it. Whatever happened to her, it sounded bad. Really bad. I remember thinking that the person I'm reading about is not the person I've been sitting next to. The Allison that I had gotten to know over the course of that semester was a kind and gentle soul. She lit up the room and made

everyone around her feel heard. She said hello to strangers and gave them compliments just so they would smile. This wasn't a criminal.

Allison put herself in an incredibly vulnerable and potentially dangerous position telling me what she did, even if she was vague and intentional with the amount of detail she had given. That resonated with me deeply. I remember thinking that if the world could see all the mistakes I've made in my life, I wouldn't be anywhere near as kind and trusting as her. That's who she is, though. Allison is someone who understands that going through the darkest moments means you need the softest touch. She's shown me that everyday.

███████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████ Together, we are all struggling with the reality of her situation. That someday soon, she might leave us. And that's terrifying. It's the scariest thing I've ever experienced. The reason it's so hard is because I know, with absolute certainty, that Allison Mack is a good person. I only wish everyone could see that for themselves.

My experience with Allison might be unique compared to some of the other people writing letters. I haven't known her since childhood. ████████████████████████ And it's been the greatest experience of my life. Neither she nor I can change the things she's done. But I know that this person is genuinely remorseful, and that she carries so much guilt in her heart. She is broken, but so are we all. The difference is that Allison doesn't let that define her.

Despite the circumstances she is facing, Allison continues to inspire me everyday. I see how hard she works to better herself. She gets straight A's in school. She engages with her friends. She's always between meditation classes and ██████ She makes time for God, and books, and love. Everything she does in a day is meant to help her heal and grow. To say that's admirable is putting it mildly. I know that if I was in her situation, my days would be a lot darker. But that isn't her. Allison looks for light wherever she can. I think she always has, and that might be why she got into trouble in the first place. All she wants is a chance to make the world a better, brighter place. It's clear that some people saw that in her and used it for their own purposes. And I'm so sorry that happened to her.

I hope this letter can give at least a small indication of who she is and what she means to me. I don't believe that this is a person that needs to go to jail in order to learn their lesson. There should be consequences to actions, on that I agree, but punishment is meant to be a path toward rehabilitation. Allison's entire life already revolves around rehabilitation, and I don't believe for a second that this will change when the ankle monitor is off. Allison will spend the rest of her life trying to live in a way that is honest, respectful, and compassionate. No matter what happens, I know that she'll go on to do great things. That she'll make the best out of any situation and show the people around her how to do the same. That's just who she is.

Thank you for reading this.

████████████████

# EXHIBIT 15

The Honorable Nicholas G. Garaufis
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is 

We have been good friends ever since.

I do not know how I can possibly put into written word what 22 years of friendship has meant to me, but I know I must try in light of my friend Allison's current circumstances.

In short, Allison has been one of the truest, bluest associations of my life.

I cannot say she has always made the best choices, but she *has* always followed her curiosity, enthusiasm and heart to the *maximum*, living life at full throttle without the intention of hurting or offending anyone.

We have remained close friends through her arrest and the years following while she has been on house arrest, and in my humble opinion, imprisonment would serve no purpose, or make her any more remorseful for her stumbles than she already is.

Allison is one of the most generous, intelligent and talented humans I have known in my █████, and I can honestly say she is one of the very few people that I trust implicitly.

I have watched the HBO series, read much of the reporting about the NXIVM situation, and although it has confused the hell out of me, and been the root of incredible personal angst, I do not believe that Allison's motivation was anything other than loving, albeit incredibly naive.

She truly is a great friend to me.

Sincerely,

# EXHIBIT 16

To those who have been harmed by my actions,

  To this date, it has been over three years since I last communicated with most of you. This period of isolation has been the most devastating, but transformative time of my life. Because of the court's decision to allow me to remain on home-confinement, I have had the opportunity to be alone with my thoughts in the most supportive and loving environment. Such an opportunity has offered me the time and strength I needed to confront the darkest parts of myself and come to terms with the pain my actions have inflicted on so many people I love, which is the reason for this letter. It is now of paramount importance to me to say, from the bottom of my heart, I am so sorry. I threw myself into the teachings of Keith Rainire with everything I had. I believed, whole-heartedly, that his mentorship was leading me to a better, more enlightened version of myself. I devoted my loyalty, my resources, and, ultimately, my life to him. This was the biggest mistake and greatest regret of my life.

  I am sorry to those of you that I brought into Nxivm. I am sorry I ever exposed you to the nefarious and emotionally abusive schemes of a twisted man. I am sorry that I encouraged you to use your resources to participate in something that was ultimately so ugly. I do not take lightly the responsibility I have in the lives of those I love and I feel a heavy weight of guilt for having misused your trust, leading you down a negative path. I am sorry to those of you whom I spoke to in a harsh or hurtful way. At the time, I believed I was helping. I believed in tough love and thought it was the path to personal empowerment. I was so confused. I never want to be someone who is considered mean, but those aspects of my humanity have been revealed in all of this; it has been devastating to reconcile.

  I have experienced overwhelming shame as I have worked to accept and understand all that went on and all that I chose. There were times I was not sure I would make it through this alive, the pain was so crippling. That said, I know that coming out the other side, I am a better, kinder woman because of this. I know I cannot heal the pain my betrayal has caused to you and

your loved ones, but I can promise you that your hurt has not gone unseen and acknowledging this has changed me to my core.

I also want to apologize to all the friends and loved ones I have hurt throughout this process who were not involved in Nxivm. I know many of you fought hard to show me the truth about Nxivm and Keith, but I didn't listen. I pushed you away and silenced myself toward you when you were trying to save my life. I am sorry I was so stubborn. I am sorry I was blind to your care and deaf to your pleas. I wish with everything in me that I had chosen differently, but I cannot change the past. I lied to you, again and again, in order to protect the delusion I was so deeply committed to believing. I know that the sacred trust I broke cannot be reinstated without forgiveness and a significant passage of time. While I desperately miss my friends, I understand if you choose not to invest in a future that includes me. However, I hope you will accept this sincere apology and know that I will hold all of you close to my heart for the rest of my life, even if we never speak again.

The list of those harmed by the collateral damage of my destructive choices continues to grow as I become more and more aware of how my choices have affected those around me. I am grateful that I have made it through this process alive and that I was stopped when I was. I have the court, my family, my therapist, and a few amazing friends to thank for this. Please know that I am dedicated to spending my life working to mend the hearts I broke and continuing to transform myself into a more loving and compassionate woman. Thank you for taking the time to read this letter. I hope it offers at least a little bit of peace and closure as this horrific chapter comes to an end.

Allison