# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 CR 204 (NGG) (VMS) |
| Keith Raniere | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Raniere .

Date: 07/02/2021

/s/
*Attorney's signature*

Marc Fernich (MF9819)
*Printed name and bar number*
800 Third Ave.
Fl 20
New York, NY 10022

*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*