DOCKET NUMBER: CR 18-0204 (NGG)

# CRIMINAL CAUSE FOR GUILTY PLEA

**Date Received By Docket Clerk:** _____  **Docket Clerk Initials:** _____

**BEFORE JUDGE:** GARAUFIS  **DATE:** APRIL 8, 2019  **IN COURT** _1_ **HRS** _ **MINS**
@ 12:00 PM

**1. DEFENDANT:** ALLISON MACK

Present X   Not Present         Custody   Not Custody X

**DEFENSE COUNSEL:** SEAN BUCKLEY / WILLIAM MCGOVERN

FEDERAL DEFENDER         CJA         RETAINED   X

**2. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**3. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**A.U.S.A.:** MOIRA PENZA / TANYA HAJJAR / MARK LESKO

**COURT REPORTER:** ANNETTE MONTALVO

**INTERPRETER:**                                    **LANGUAGE:**

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Revocation of Probation contested |
| ☐ | Bail Application | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| ☐ | Status Conference | ☐ | Sentencing |

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES          NO  X

THE DEFENDANT PLEADS GUILTY TO COUNTS 1 AND 2 OF THE SUPERSEDING INDICTMENT (S-2).