**DOCKET NUMBER:** CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** GARAUFIS   **DATE:** JUNE 30, 2021   **IN COURT** __1__ **HRS** _ **MINS**
@ 11:00 AM

**1. DEFENDANT:** ALLISON MACK

Present  X    Not Present         Custody    Not Custody   X

**DEFENSE COUNSEL:** SEAN BUCKLEY / WILLIAM MCGOVERN

FEDERAL DEFENDER          CJA          RETAINED   X

**2. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**3. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**A.U.S.A.:** TANYA HAJJAR

**COURT REPORTER:** HOLLY DRISCOLL

**INTERPRETER:**                                                **LANGUAGE:**

| | |
|---|---|
| ☐  Change of Plea Hearing (~Util-Plea Entered) | ☐  Revocation of Probation contested |
| ☐  Bail Application | ☐  Sentencing on a violation |
| ☐  Pre Trial Conference | ☐  Motion Hearing |
| ☐  Violation | ☐  Hearing |
| ☐  Status Conference | X  Sentencing |

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES           NO  X

SENTENCING HELD; SEE JUDGMENT.