UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

KEITH RANIERE, CLARE BRONFMAN,
ALLISON MACK, KATHY RUSSELL,
LAUREN SALZMAN, and NANCY SALZMAN,

Defendants.

Case No. 1:18 Cr. 00204-NGG

---

## [PROPOSED] ORDER EXONERATING BOND AND ORDERING RELEASE OF PASSPORT

WHEREAS, on April 24, 2018, this Court ordered the release of Ms. Mack on a $5,000,000.00 personal recognizance bond, secured by two mortgages for properties with a combined estimated market value of approximately $1,730,000 and a lien on an individual retirement account owned by the defendant in the amount of $585,000;

WHEREAS, Ms. Mack has fully complied with the terms of this bond;

WHEREAS, on July 27, 2021, this Court sentenced Ms. Mack to thirty-six months on Count One of the Superseding Indictment and thirty-six months on Count Two of the Superseding Indictment which Ms. Mack is currently serving concurrently;

WHEREAS, counsel for Ms. Mack has made an application for an order directing U.S. Pretrial Services to return Ms. Mack's passport;

IT IS HEREBY ORDERED, upon the application of Ms. Mack, that Ms. Mack's bond in this matter is hereby exonerated and released. All suretors on Ms. Mack's bond and all properties are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED that U.S. Pretrial Services is directed to release Ms. Mack's passport to her parents, by returning her passport to her at the address she has provided to Pretrial Services.

Dated: New York, New York
       September 28, 2022

SO ORDERED.
s/Nicholas G. Garaufis

HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK