UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

          -against-

ALLISON MACK,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>SATISFACTION OF JUDGMENT</u>

Docket No. <u>CR-18-0204</u>
(Garaufis, J.)

        WHEREAS, a judgment was imposed against the defendant and in favor of the

United States of America, in the amount of $20,200.00, that is, a fine in the amount of

$20,000.00, and a special assessment in the amount of $200.00, on June 30, 2021, in the above-

captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on July 28,

2021; and

        WHEREAS, said judgment has been fully paid as to the defendant ALLISON

MACK;

        THEREFORE, the Clerk of the Court is hereby authorized and requested to

cancel, satisfy and discharge the same solely as to the defendant ALLISON MACK.

Dated:      Brooklyn, New York
           November 29, 2022

                            BREON PEACE
                            United States Attorney
                            Eastern District of New York
                            271 Cadman Plaza East, 8th Fl.
                            Brooklyn, New York 11201

             By:     _____/s/_____
                            BETH P. SCHWARTZ
                            Assistant U.S. Attorney
                            (718) 254-6017